Case 4:24-cv-02804   Document 56   Filed on 05/12/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DR. LAKEISHA MENIFEE,** *et al.*, § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:24-cv-2804** |
| § | |
| **STATE OF TEXAS,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## MEMORANDUM AND RECOMMENDATION

On April 9, 2025, this Court issued a Memorandum and Recommendation, recommending Plaintiff Dr. Lakeisha Menifee's ("Menifee") claims be dismissed with prejudice. (ECF No. 54). The Court also held the "Amended Complaint (ECF No. 28) filed on behalf of each Plaintiff is stricken solely as to the Amended Complaint (*id.*) of Rocketlady Unlimited Enterprises, LLC, Abundance Energy Consortium, Rocketlady Unlimited, LLC and 3078587949, and Stem Up 501 C3 32053431832." (ECF No. 54 at 1 n.1). The Court granted Plaintiffs Rocketlady Unlimited Enterprises, LLC, Abundance Energy Consortium, Rocketlady Unlimited, LLC and 3078587949, and Stem Up 501 C3 32053431832 thirty (30) days to obtain counsel in order to proceed in this case because a *pro se* litigant, Menifee, cannot represent another legal entity such as a corporation or partnership. (*Id.*); *see Travis v. Hall Tires & Collection, LLC*, No. 3:23-cv-209, 2023 WL 6055499, at *1 (N.D. Miss. Sept. 15,

2023). To date, Plaintiffs Rocketlady Unlimited Enterprises, LLC, Abundance Energy Consortium, Rocketlady Unlimited, LLC and 3078587949, and Stem Up 501 C3 32053431832 have not provided the Court with proof that counsel has been obtained.

Accordingly, the Court **RECOMMENDS** the case be **DISMISSED WITHOUT PREJUDICE** as to Rocketlady Unlimited Enterprises, LLC, Abundance Energy Consortium, Rocketlady Unlimited, LLC and 3078587949, and Stem Up 501 C3 32053431832. *See Seilheimer v. Soundview Home Loan Tr. 2006-OPT2*, No. 3:22-cv-0681, 2022 WL 17167952, at *3 (N.D. Tex. Oct. 3, 2022), *report and recommendation adopted*, No. 3:22-cv-0681, 2022 WL 17168361 (N.D. Tex. Nov. 21, 2022).

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on May 12, 2025.

Richard W. Bennett
United States Magistrate Judge