Case 4:24-cv-02804   Document 57   Filed on 06/02/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAKEISHA MENIFEE, et al., § | |
| § | |
| *Plaintiffs*, § | |
| v. § | CIVIL ACTION NO. 4:24-cv-2804 |
| § | |
| STATE OF TEXAS, et al., § | |
| § | |
| *Defendants*, § | |
| § | |

## ORDER

Pending before the Court is the State of Texas' (the "State") Rule 12(b)(1) Motion to Dismiss and Rule 12(b)(1) First Amended Motion to Dismiss (Doc. Nos. 27, 31), Judges Janice Berg ("Judge Berg") and Jeralynn Manor's ("Judge Manor") Motion to Dismiss (Doc. No. 38), Attorney General Ken Paxton's (the "Attorney General") 12(b)(1) Motion to Dismiss (Doc. No. 39), United States District Court and Bankruptcy Court, Southern District of Texas (the "Courts"), Judge Jeffrey P. Norman ("Judge Norman"), Judge Alfred Bennett ("Judge A. Bennett"), and Federal Bureau of Investigation Special Agent Marquis Nelson's ("Agent Nelson") Motion to Dismiss (Doc. No. 47), the State Bar of Texas' (the "Bar") Motion to Dismiss (Doc. No. 49), and Magistrate Judge Richard W. Bennett's two Memorandum and Recommendations (Doc. Nos. 54 and 56). No party filed objections to either Memorandum and Recommendation. Moreover, Plaintiffs Rocketlady Unlimited Enterprises, LLC, Abundance Energy Consortium, Rocketlady Unlimited, LLC and 3078587949, and Stem Up 501 C3 32053431832 failed to obtain counsel to represent them in this action. After a *de novo* review of the filings, the applicable law, and Judge Bennett's Memorandum and Recommendations, the Court hereby **ADOPTS** both Memorandum and Recommendations. (Doc. Nos. 54 and 56).

The Memorandum and Recommendation finding Plaintiff Lakeisha Menifee's allegations and claims to be legally and factually frivolous pursuant to 28 U.S.C. § 1915 is hereby adopted. Plaintiff Menifee's claims are hereby dismissed with prejudice. As such, the Court further

**DENIES** the State's Rule 12(b)(1) Motion to Dismiss (Doc. No. 27) and its First Amended Motion to Dismiss (Doc. No. 31) as moot. It further

**DENIES** Judge Berg and Judge Manor's Motion to Dismiss (Doc. No. 38) as moot. It further

**DENIES** the Attorney General's Motion to Dismiss (Doc. No. 39) as moot. It further

**DENIES** the Motion to Dismiss made on behalf of Judge A. Bennett, Judge Norman, and Agent Nelson (Doc. No. 47) as moot. It further

**DENIES** the Bar's Motion to Dismiss (Doc. No. 49) as moot. It is further

**ORDERED** that all claims made by Rocketlady Unlimited Enterprises, LLC, Abundance Energy Consortium, Rocketlady Unlimited, LLC and 3078587949, and Stem Up 501 C3 32053431832 are hereby **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41.

Signed at Houston, Texas, on this the 2nd day of June, 2025.

Andrew S. Hanen
United States District Judge